IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DALE E. GILLMING, and          )
PATRICIA GILLMING,             )
                               )
            Plaintiffs,        )          7:06CV5012
                               )
        v.                     )
                               )
UNITED STATES OF AMERICA,      )          ORDER
                               )
            Defendant.         )
_____)


    IT IS ORDERED:  The government's unopposed oral motion to re-schedule the planning conference is granted.  The telephonic planning conference will be held on January 5, 2007 at <u>10:30 a.m.</u>, C.S.T.  Counsel for the plaintiff shall place the call.


    DATED this 27th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge